

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00176-CR

Genevieve Pauline **GOLDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11545
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: June 12, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant, acting *pro se*, filed a notice of appeal on February 28, 2024, purporting to appeal from a conviction and sentence imposed on October 7, 2022. Thereafter, the trial court clerk filed the clerk's record. The clerk's record does not contain a final judgment of conviction. "With certain exceptions . . . , this court has jurisdiction to consider an appeal filed by a criminal defendant only after a final judgment of conviction." *Zamarripa v. State*, No. 04-16-00274-CR, 2016 WL 3085932, at *1 (Tex. App.—San Antonio June 1, 2016, no pet.) (mem. op., not designated for publication) (citing TEX. CODE CRIM. PROC. art. 44.02); *accord McKown v. State*,

915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) ("Generally, we only have jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction.").

On April 11, 2024, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. CODE CRIM. PROC. art. 44.02; *McKown*, 915 S.W.2d 161; *Zamarripa*, 2016 WL 3085932, at *1.

PER CURIAM

DO NOT PUBLISH